In re    Taylor Salazar,
           Ryan Salazar

Case No.   13-21823

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ameri Best LLC<br>12705 S Mur-Len Rd<br>Ste A-3<br>Olathe, KS 66062 | | J | Personal Loan | | | | 402.50 |
| Account No.<br><br>Dish Network<br>Attn: Bankruptcy<br>9601 S. Meridian Blvd<br>Englewood, CO 80112 | | J | Utility | | | | 191.44 |
| Account No.<br><br>Olathe Medical Services<br>14425 College Blvd<br>Suite 100<br>Lenexa, KS 66215 | | J | Medical | | | | 202.73 |
| Account No.<br><br>Quick Cash #14<br>129 W Dennis<br>Olathe, KS 66061 | | J | Personal Loan | | | | 500.00 |

  1  continuation sheets attached

Subtotal
(Total of this page)    1,296.67

In re    Taylor Salazar,
            Ryan Salazar
                                                    ,
                                                      Debtors

Case No.   13-21823

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Verizon Wireless<br>Bankruptcy Administration<br>PO Box 3397<br>Bloomington, IL 61702 | | J | Utility | | | | 1,637.21 |
| Account No.<br><br>William E. Bucher DDS PA<br>975 N Murlen Rd Ste B<br>Olathe, KS 66062-1803 | | J | Medical | | | | 524.80 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,162.01

Total
(Report on Summary of Schedules)    3,458.68

# United States Bankruptcy Court
## District of Kansas

In re    Taylor Salazar
        Ryan Salazar                                Case No.   13-21823
                           Debtor(s)         Chapter     13

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of   0   page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   September 12, 2014            Signature    /s/ Taylor Salazar
                                                             Taylor Salazar
                                                             Debtor

Date   September 12, 2014            Signature    /s/ Ryan Salazar
                                                             Ryan Salazar
                                                            Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy