# United States Bankruptcy Court
## District of Kansas

In re    Taylor Salazar
      Ryan Salazar

                   Debtor(s)

Case No.    13-21823

Chapter    13

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    Ameri Best LLC
                                 12705 S Mur-Len Rd, Ste A-3, Olathe, KS 66062

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $402.50

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;            ☐ priority;        ☒ general unsecured.

4. Trustee, if one has been appointed:    Christopher J. Redmond

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:    12/1/14

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

                           PO Box 61
                           108 E. Cedar Street
Robert E. McRorey KS 12204      Olathe, KS 66061

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Robert E. McRorey KS 12204   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on    09/12/14   .

                           /s/ Robert E. McRorey KS
                           Robert E. McRorey KS 12204
                           **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    Taylor Salazar
       Ryan Salazar                                 Case No.   13-21823

                               Debtor(s)          Chapter    13

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    Dish Network
                                 Attn: Bankruptcy, 9601 S. Meridian Blvd, Englewood, CO 80112

2. Claim (amount owed, nature of claim, date incurred):

         Amount owed:    $191.44

         Nature of claim:

         Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;             ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed:   Christopher Redmond

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:   12/1/14

or

☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on [Date _____].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

                                PO Box 61
                                108 E. Cedar Street
Robert E. McRorey KS 12204      Olathe, KS 66061

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, _____ Robert E. McRorey KS 12204 _____, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on   09/12/14  .

                                  /s/ Robert E. McRorey KS
                                  Robert E. McRorey KS 12204
                                  **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    Taylor Salazar
       Ryan Salazar

Case No.   13-21823

Chapter   13

Debtor(s)

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   Diversified Consultants Inc
                              PO Box 1117, Charlotte, NC 28201

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;            ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed:    Christopher Redmond

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _12/1/14_

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

                                  PO Box 61
                                  108 E. Cedar Street
Robert E. McRorey KS 12204         Olathe, KS 66061

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Robert E. McRorey KS 12204  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on  09/12/14  .

                                    /s/ Robert E. McRorey KS
                                    Robert E. McRorey KS 12204
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    Taylor Salazar
       Ryan Salazar

Debtor(s)

Case No.   13-21823

Chapter   13

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    Executive Financial
                            310 Armour Road, Ste 220, Kansas City, MO 64116-3506

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed:    Christopher Redmond

5. Original deadline for filing proofs of claim: ____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: __12/1/14__

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date ____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date ____] at [Location ____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date ____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

                            PO Box 61
                            108 E. Cedar Street
Robert E. McRorey KS 12204      Olathe, KS 66061
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, __Robert E. McRorey KS 12204__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __09/12/14__.

                            /s/ Robert E. McRorey KS
                            Robert E. McRorey KS 12204
                            **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   Taylor Salazar
Ryan Salazar

Debtor(s)

Case No.   13-21823

Chapter   13

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   Olathe Medical Services
14425 College Blvd, Suite 100, Lenexa, KS 66215

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:   $202.73

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;      ☐ priority;      ☒ general unsecured.

4. Trustee, if one has been appointed:    Christopher Redmond

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:   12/1/14

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Robert E. McRorery KS 12204

PO Box 61
108 E. Cedar Street
Olathe, KS 66061

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Robert E. McRorey KS 12204   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on   9/12/14  .

/s/ Robert E. McRorey KS
Robert E. McRorey KS 12204
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re    Taylor Salazar
        Ryan Salazar

Case No.   13-21823

Debtor(s)     Chapter   13

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    Pendleton & Sutton
                               1031 Vermont St, Suite B, Lawrence, KS 66044

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;            ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed:    Christopher Redmond

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _12/1/14_

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

                            PO Box 61
                            108 E. Cedar Street
Robert E. McRorey KS 12204        Olathe, KS 66061

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, _Robert E. McRorey KS 12204_, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _9/12/14_.

                                 /s/ Robert E. McRorey KS
                                 Robert E. McRorey KS 12204
                                 **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   Taylor Salazar
      Ryan Salazar                                             Case No.   13-21823

                                        Debtor(s)         Chapter   13

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     Quick Cash #14
                                      129 W Dennis, Olathe, KS 66061

2. Claim (amount owed, nature of claim, date incurred):
      Amount owed:     $500.00
      Nature of claim:
      Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;           ☐ priority;           ☒ general unsecured.

4. Trustee, if one has been appointed:   Christopher Redmond

5. Original deadline for filing proofs of claim:

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:   12/1/14

or

☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on [Date _____].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

                                PO Box 61
                                108 E. Cedar Street
Robert E. McRorey KS 12204       Olathe, KS 66061

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Robert E. McRorey KS 12204  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on   9/12/14  .

                                            /s/ Robert E. McRorey KS
                                            Robert E. McRorey KS 12204
                                            **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    Taylor Salazar
       Ryan Salazar                                 Case No.   13-21823

                             Debtor(s)         Chapter   13

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    Sunrise Credit Serivces Inc
                              PO Box916, Farmingdale, NY 11735-9168

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;           ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed:   Christopher Redmond

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:   12/1/14

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

                         PO Box 61
                         108 E. Cedar Street
Robert E. McRorey KS 12204       Olathe, KS 66061

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Robert E. McRorey KS 12204  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on   9/12/14  .

                                          /s/ Robert E. McRorey KS
                                          Robert E. McRorey KS 12204
                                          **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    Taylor Salazar
       Ryan Salazar                                Case No.    13-21823
                                     Debtor(s)        Chapter    13

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

   1. Creditor (name and address):    Verizon Wireless
                                 Bankruptcy Administration, PO Box 3397, Bloomington, IL 61702

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    $1,637.21
       Nature of claim:
       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;            ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed:   Christopher Redmond

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____ 12/1/14

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

                                 PO Box 61
                                 108 E. Cedar Street
Robert E. McRorey KS 12204        Olathe, KS 66061
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, _____ Robert E. McRorey KS 12204 _____, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____ 9/12/14 _____.

                                 /s/ Robert E. McRorey KS
                                 Robert E. McRorey KS 12204
                                 **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    Taylor Salazar
         Ryan Salazar
_____     Case No.    13-21823
                        Debtor(s)            Chapter     13

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    William E. Bucher DDS PA
                                    975 N Murlen Rd Ste B, Olathe, KS 66062-1803

2. Claim (amount owed, nature of claim, date incurred):

    Amount owed:    $524.80

    Nature of claim:

    Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed:   Christopher Redmond

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _12/1/14_

or

☐  This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐  This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐  This claim was added to the schedules after the deadline for filing claims stated above.

☐  This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐  A plan in this case was confirmed on [Date _____].

☐  No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Robert E. McRorey KS 12204         PO Box 61
                                   108 E. Cedar Street
                                   Olathe, KS 66061
**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I, _Robert E. McRorey KS 12204_, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _9/12/14_.

                                   /s/ Robert E. McRorey KS
                                   Robert E. McRorey KS 12204
                                   **Signature**